# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

November 10, 2021

| | |
|---|---|
| No. 21-2966 | UNITED STATES OF AMERICA,<br>Plaintiff - Appellee<br><br>v.<br><br>KEVIN SMITH,<br>Defendant - Appellant |
| **Originating Case Information:** ||
| District Court No: 1:21-cr-00128-1<br>Northern District of Illinois, Eastern Division<br>District Judge John F. Kness ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

| | |
|---|---|
| TYPE OF DISMISSAL: | F.R.A.P. 42(b) |
| STATUS OF THE RECORD: | no record to be returned |

form name: **c7_Mandate**   (form ID: **135**)