# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

November 10, 2021

*By the Court*:

| | |
|---|---|
| No. 21-2966 | UNITED STATES OF AMERICA,<br>Plaintiff - Appellee<br><br>v.<br><br>KEVIN SMITH,<br>Defendant - Appellant |
| **Originating Case Information:** | |
| District Court No: 1:21-cr-00128-1<br>Northern District of Illinois, Eastern Division<br>District Judge John F. Kness | |

Upon consideration of the **APPELLANT'S-DEFENDANT'S VOLUNTARY MOTION TO DISMISS**, filed on November 9, 2021, by Pro Se Appellant Kevin Smith,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

form name: **c7_FinalOrderWMandate**　　(form ID: **137**)

CERTIFIED COPY
A True Copy
Teste:
_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit