**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. 20 CR 128 |
| | ) | |
| v. | ) | Judge John F. Kness |
| | ) | |
| KEVIN SMITH, | ) | |
| Defendant. | ) | |

---

**ORDER UNDER CRIMINAL RULE 5(f)**

Under Rule 5(f) of the Federal Rules of Criminal Procedure, the Court, with both the prosecutor and defense counsel present at a hearing held on December 3, 2021, confirmed the government's obligation to disclose favorable evidence to Defendant under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and ordered it to do so. Favorable evidence under *Brady* need have only some weight and includes both exculpatory and impeaching evidence. Failure to produce such evidence in a timely manner may result in sanctions, including, but not limited to, adverse jury instructions, dismissal of charges, and contempt proceedings.

Date: December 6, 2021

_____
JOHN F. KNESS
United States District Judge